IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ronald Chavis<br>Plaintiff, | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 04-1899<br>) |
| Jeffrey Beard, et al.,<br>Defendants. | )<br>)<br>) |

O R D E R

The papers in the above captioned matter will not be processed any further for failure to comply with our Local Rules and/or practices. The papers are deficient in the following respects:

\_\_\_\_    Failed to complete or sign pauperis affidavit
\_\_\_\_    Failed to submit complaint on proper 1983 forms, supplied by the Clerk
\_\_\_\_    Failed to submit petition on proper 2254 forms, supplied by the Clerk
\_\_\_\_    Failed to sign complaint
\_\_\_\_    Failed to sign petition
\_\_\_\_    Failed to furnish the correct number of copies of complaint and accompanying pleadings, must submit original and a separate accurate copy for each defendant of the papers
\_\_\_\_    Failed to file separate petition for each conviction, attacking more than one judgment
\_\_\_\_    Failed to furnish correct number of copies of petition and accompanying papers
\_\_\_\_    Failed to submit pleadings to the court on paper no larger that 8 1/2 x 11 inches
\_\_\_\_    Failed to include certificate of authorized officer as to amount of money and securities on deposit in prison account or proper affidavit of non-compliance
\_\_\_\_    Failed to attach certificate of service regarding supplemental pleadings, after complaint or petition has been submitted and/or filed
\_\_\_\_    Failed to attach a proper certificate of service; service is not made upon the Clerk for distribution to the parties; this is the responsibility of the moving party
\_\_\_\_    Except by leave of Court, discovery material is no longer accepted for filing according to Local Rule 5.3

**XX**    **OTHER: Leonard Williams has submitted a Motion to Proceed In Forma Pauperis, Authorization to Deduct Prison Funds and an Amended Complaint. Leonard Williams is not a party to this action and the Plaintiff, Ronald Chavis, filed his amended complaint on June 14, 2005.**

For the foregoing reasons, these papers are not being processed. You have the right to submit any required paperwork which will make your paperwork in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

So Ordered this 12th day of July, 2005

_____
UNITED STATES MAGISTRATE JUDGE