IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD CHAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-1899 |
| | ) Judge Lancaster |
| JEFFERY A. BEARD, et al., | ) Chief Magistrate Judge Caiazza |
| | ) In Re: Docs. 20, 21 |
| | ) |
| Respondents. | ) |

### ORDER

Movant, Leonard Williams' Motion to join the class action (Doc. 20) is hereby DENIED because the complaint in action no. 04-1899 has not been certified as a class action lawsuit.

IT IS FURTHER ORDERED that the Motion for Appointment of Counsel (Doc. 21) filed by Movant, Leonard Williams is DENIED because he is not a party to this action.


August 18, 2005          s/Francis X. Caiazza
                         Francis X. Caiazza
                         U.S. Magistrate Judge

cc:
Ronald Chavis, FP-4196
SCI ALBION
10745 Rt 18
Albion, PA 16475

```
LEONARD WILLIAMS, FG-6616
S.C.I. Camp Hill
Post Office Box 200
Camp Hill, PA 17001-002
```